NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FISCHER S.A. COMERCIO, INDUSTRIA AND AGRICULTURA AND CITROSUCO NORTH AMERICA, INC.,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**FLORIDA CITRUS MUTUAL AND CITRUS WORLD, INC.,**
*Defendants-Appellees,*

AND

**A. DUDA & SONS AND SOUTHERN GARDENS CITRUS PROCESSING CORPORATION,**
*Defendants-Appellees.*

---

2011-1152

---

Appeal from the United States Court of International Trade in case no. 08-CV-0277, Judge Gregory W. Carman.

---

**ON MOTION**

---

Before PROST, *Circuit Judge.*

**ORDER**

The appellants move to stay the proceedings in this appeal pending the United States' actions in response to a World Trade Organization report. The United States opposes. The appellants reply.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for a stay is denied.

FOR THE COURT

AUG 0 1 2011

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Robert G. Kalik, Esq.
Matthew T. McGrath, Esq.
Patryk J. Drescher, Esq.
Matthew J. McConkey, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 1 2011

JAN HORBALY
CLERK